UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

IN RE:                                                              CASE NO. 09-53891
BRIAN WAYNE KELLY
DEBTOR(S)

**ORDER**

The amendment, filed with the court on January 19, 2010, is defective as presented for the reason(s) checked below:

- [x] Not sworn to under penalty of perjury by the debtors as required by Rule 1008.
- [x] No Certificate of Service as required by Rule 1009.
- [ ] The amendment needs to be accompanied by a scanable matrix pursuant to Local Rules. NOTE: ONLY creditors being added by this amendment should be on the matrix submitted with the amendment.
- [ ] No certificate of service of amendment to styling on each creditor listed in the schedules.
- [ ] Failure to serve a necessary party.
- [x] Name and address of Schedule E creditor is not provided.

The debtor(s) is ORDERED to file amended document(s) on or before 14 days from the date of this order unless the court for cause shown extends the period. Failure to comply with this order may result in the dismissal of this case or the withholding of the discharge of the debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this order.

Copies to:
Debtor(s)
Trustee

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge
Dated: Wednesday, January 20, 2010
(nbw)**