# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

**IN RE**
Brain Keith Kelly

**DEBTOR(S)**                                                                 **CASE NUMBER 09-53891**

## TRUSTEE'S MOTION TO DISMISS

    Comes the trustee of the estate of the above-named debtor, and moves to dismiss the case on the on the grounds that said has not complied with the order to turn over his 2009 tax returns or the refund received therefrom.

## NOTICE

    The foregoing motion will be heard in open court on Thursday, June 17th, 2010 at the hour of 9 am in the Community Trust Building; Second Floor; 100 East Vine Street, Lexington, Kentucky.

_____

/s/James D. Lyon
209 E. High Street
Lexington, KY 40507
Trustee In Bankruptcy

## CERTIFICATE

    This is to certify that a true and correct copy of the foregoing objection was served by first class mail, postage pre-paid, upon the debtor, and all parties in interest onMay 7, 2010

/s/_____

Trustee In Bankruptcy