UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

Brian Keith Kelly

DEBTOR(S)            CASE NUMBER 09-53891

### ORDER SUSTAINING TRUSTEE'S MOTION TO DISMISS

James D. Lyon, the trustee herein, having moved to dismiss the case; and

The Court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the trustee's motion is **SUSTAINED.**

**IT IS FURTHER ORDERED** that the discharge issued herein be **REVOKED.**

cc:

James D. Lyon(to serve on the following parties

```
Brian Kelly, 1825 Liberty Rd, Apt 417
Lexington Ky 40505
```

John L. Daugherty; 500 Community Trust Building; 100 E. Vine Street; Lexington, Ky 40508

Pursuant to Local Rule 9022-1(c), James D. Lyon shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the

court a certificate of service of
the order upon such parties within
ten (10) days hereof.